Jared D. Scott (#15066)
ANDERSON & KARRENBERG
50 W. Broadway, Suite 600
Salt Lake City, UT 84101-2035
Telephone: 801-534-1700
jscott@aklawfirm.com

Kip B. Shuman (#145842) *pro hac vice pending*
SHUMAN, GLENN & STECKER
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (303) 861-3003
kip@shumanlawfirm.com

Brett D. Stecker (#86242) *pro hac vice pending*
SHUMAN, GLENN & STECKER
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
brett@shumanlawfirm.com

Rusty E. Glenn (#39183) *pro hac vice pending*
SHUMAN, GLENN & STECKER
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
rusty@shumanlawfirm.com

Seamus Kaskela (#204351) *pro hac vice pending*
KASKELA LAW LLC
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
Telephone: (888) 715-1740
skaskela@kaskelalaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| STEFFEN MAUTE, derivatively on behalf of MERIT MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRED P. LAMPROPOULOS; RAUL PARRA; A. SCOTT ANDERSON; JILL D. ANDERSON; THOMAS J. GUNDERSON; F. ANN MILLNER; LYNNE N. WARD; and JUSTIN F. LAMPROPOULOS, <br><br> Defendants, <br><br> – and – <br><br> MERIT MEDICAL SYSTEMS, INC., a Utah corporation, <br><br> Nominal Defendant. | **NOTICE OF DERIVATIVE SETTLEMENT** <br><br> Case No. 2:21-cv-00346-DBP <br><br> Magistrate Judge Dustin B. Pead |

The parties to the above-captioned shareholder derivative action (the "Action"), plaintiff Steffen Maute ("Plaintiff"), individual defendants Fred P. Lampropoulos, Raul Parra, A. Scott Anderson, Jill D. Anderson, Thomas J. Gunderson, F. Ann Millner, Lynne N. Ward, and Justin Lampropoulos, and nominal defendant Merit Medical Systems, Inc. (collectively, the "Parties") hereby jointly notify the Court that the Parties have reached an agreement to resolve the Action, and that the Parties have been and will be proceeding accordingly.  Specifically, the Parties have been working expeditiously to prepare and execute a definitive Stipulation of Settlement and seek preliminary Court approval of the proposed settlement and shall endeavor to do so by no later than August 31, 2022, or as soon thereafter as the Court's schedule permits.  Of course, at the Court's convenience, the Parties are available to discuss this matter in advance of filings related to preliminary approval of the proposed settlement, should the Court wish to do so.

WHEREFORE, the Parties respectfully request that this Court provide them until August 31, 2022 to finalize their Stipulation of Settlement and for Plaintiff to file his unopposed motion for preliminary approval of the proposed derivative settlement.

**DATED**: August 12, 2022

| **ANDERSON & KARRENBERG** | **PARR BROWN GEE & LOVELESS** |
|---|---|
| /s/ *Jared D. Scott* | */s/ Robert S. Clark* |
| Jared D. Scott | Robert S. Clark |
| ***Counsel for Plaintiff*** | Attorneys for Individual Defendants |
| | *[Signed by Filing Attorney with Permission]* |

                              **KING & SPALDING LLP**

                              */s/ Paul R. Bessette*
                              Paul R. Bessette
                              Michael J. Biles
                              S. Saliya Subasinghe
                              Attorneys for Nominal Defendant Merit Medical, Inc.
                              *[Signed by Filing Attorney with Permission]*